**PROJECT UNSEAL**

Jose V. Toledo U.S. Courthouse
300 Recinto Sur Street, Suite 325
San Juan, Puerto Rico 00901

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2024 JUL 22 PM 2:13

In Re: United States v. Gomez-Olmeda, et al 3:03-CR- 00073-HB

To whom it may concern,

I am a recent law school graduate, and I am interested in reviewing the indictment of cases that have had compassionate release motions filed. During my review of these dockets, I have discovered that this case's indictment remains unavailable to the public despite several years having passed since indictment and a conviction being entered.

I request that this court unseal the various documents in this case or otherwise make these records available for public review via Pacer.

Requested documents listed at the following entries:
1 – Complaint (dated Mar. 06, 2003)
7 – Indictment (dated Mar. 12, 2003)
83 – Superseding Indictment (dated Jul 2, 2003)

Best,

Andrew Green, J.D.
1515 Dekalb Street, Unit 109
Norristown, PA 19401
projectunseal@gmail.com